USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marla Brown | 1:26-cv-00509-PK |
| DEFENDANT | TYPE OF PROCESS |
| Plaza Toyota et al | O, S, C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NCC Inc. / Nationwide Credit Corporation
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5503 Cherokee Ave, Suite 100, Mailing Address: PO Box 9156 Alexandria, VA 22312

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PRO SE Marla Brown
c/o 5241 Center Blvd. 702
Long Island City, NY 11101

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| C. Espinal | ☒ PLAINTIFF ☐ DEFENDANT | (718) 613-2610 | 7/9/26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 53 | No. 53 | [signature] | 7/9/26 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time |
|---|---|
| 8/17/26 | 0900 ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:
USM 299 mail waiver / served via certified mail

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

**9589071052702943732298**

Copy Add to Informed Delivery

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivery Attempt

**Reminder to Schedule Redelivery of your item**
August 18, 2026

**Available for Pickup**
TRADE CENTER FINANCE UNIT
368 S PICKETT ST
ALEXANDRIA VA 22304-9996
Mon-Fri 9:00 AM-5:00 PM
August 13, 2026 8:32 AM

**Arrived at USPS Facility**
DULLES VA DISTRIBUTION CENTER
August 12, 2026 2:47 PM

**Arrived at USPS Facility**
MID NY DISTRIBUTION CENTER
August 10, 2026 10:08 PM

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Ncc inc/ nationwide credit corporation
5503 CHEROKEE AVE SUITE 100
MAILING ADDRESS: PO BOX 9156
ALEXANDRIA, VA 22312

9590 9402 9340 5002 0519 19

2. Article Number *(Transfer from service label)*

1589 0710 5270 2943 7322 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* David Spicer
C. Date of Delivery 8/17/26

...erent from item 1? ☐ Yes
...address below: ☐ No

AUG 17 2026

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 9340 5002 0519 19

NOVA 120
17 AUG 2026 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
Eastern District of New York
Attn: Lenea Kennell-509
225 Cadman Plaza East, Rm. G-20
Brooklyn, New York 11201

11201-189299